UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:15-CR-149　　　　　　　　　　　　　　　Date: January 14, 2016

United States of America　　vs.　　Maurece Damone McDowell

**PROCEEDINGS: Change of Plea.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

| Julie Norwood | Jill Zobel, Miller & Miller | Jennifer Kolman |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| John Eldridge | | Joe Cuccia |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

- ■ Defendant waives reading of Indictment or Information
- ■ Defendant Pleads guilty to counts(s) as set forth in the Plea Agreement or Factual Basis
- ■ Referred for Presentence Investigative Report.
- ■ DATE SET: **Sentencing:** April 21, 2016 @ 10:00
  **Before** the Honorable Thomas A. Varlan, Chief United States District Judge

> • Parties must adhere to Local Rules 83.9(c) & 83.9(k)

- ■ Defendant to remain on bond
- ☐ Defendant remanded to custody of the U.S. Marshal

1:45 to 2:10