# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:15-CR-149 |
| v. | ) | Judges Varlan/Shirley |
| | ) | |
| MAURECE DAMONE McDOWELL | ) | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by and through Nancy Stallard Harr, Acting United States Attorney for the Eastern District of Tennessee, and Anne-Marie Svolto, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property pursuant to Federal Rules of Criminal Procedure 32.2(a).

The Indictment, filed on November 3, 2015 (Doc. 3), seeks forfeiture of the interest of the defendant, MAURECE DAMONE McDOWELL, pursuant to Title 18, United States Code, Sections 1955(d) and Title 28, United States Code, Section 2461(c), in any property, including money, used in the offense in violation of Title 18, United States Code, Section 1955(a), and pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense.

The United States hereby gives notice that the United States is seeking forfeiture of the following property, in addition to the property already listed in the forfeiture allegations of the Indictment:

      a)      14kt gold diamond solitaire ring seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;

      b)      Waterfall ring with 19 diamonds seized on June 8, 2015 at 2801 Maple Hollow Lane, Knoxville, Tennessee 37931;

c) 14kt white gold bracelet with diamonds (Tag - $21,000) seized on June 8, 2015 at 2801 Maple Hollow Lane, Knoxville, Tennessee 37931;

d) Gents Rolex 2003, Serial #F866576 seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;

e) 14kt yellow gold approximately 2.00 ct diamond ring seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;

f) 9.5 mm 8" 14 kt yellow gold heavy curb chain bracelet 33.57 DWT seized on June 8, 2015 at 3204 Rudy Street, Knoxville, Tennessee, 37921;

g) Jewelry stolen during home burglary at 2801 Maple Hollow Lane, Knoxville, Tennessee 37931;

h) Contents of People's Bank of the South CD, account number xxx4639 in the name of Clarence and Maurece McDowell;

i) Contents of TVA Employee Credit Union account number xxx7348-80 in the name of George Marcus Hall;

j) U.S. currency in the amount of $61,616.87 seized at 3212 Rudy Street, Knoxville, Tennessee, 37921;

k) Real property located in the Eighth Civil District of Knox County, Tennessee at 309 Tillery Drive, Knoxville, Tennessee 37912, belonging to Triple M, LLC. For further reference see Warranty Deed recorded on October 26, 2011, as Instrument Number 201110260022356 in the Register of Deeds for Knox County, Tennessee;

l) Real property located in the Eighth Civil District of Knox County, Tennessee at 0 Jones Road, Knoxville, Tennessee 37918, belonging to Maurece McDowell. For further reference see Warranty Deed recorded on October 15, 2001 as Instrument Number 200110150029274 in the Register of Deeds for Knox County, Tennessee;

m) Real property located in the Fifth Civil District of Knox County, Tennessee at 1220 Cassell Drive, Knoxville, Tennessee 37912, belonging to Triple M, LLC. For further reference see Warranty Deed recorded on October 26, 2011 as Instrument Number 201110260022357 in the Register of Deeds for Knox County, Tennessee; and

n)  Real property located in the Fourth Civil District of Loudon County, Tennessee at 246 Hummingbird Drive, Vonore, Tennessee 37885, belonging to Amanda A. McDowell.  For further reference see Quit Claim Deed recorded on December 28, 2010 in Book D345, Pages 81-82 in the Register of Deeds for Loudon County, Tennessee.

Respectfully submitted.

NANCY STALLARD HARR
Acting United States Attorney

By: *s/ Anne-Marie Svolto*
JENNIFER KOLMAN
ANNE-MARIE SVOLTO
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee  37902
(865) 545-4167

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2016, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.  All other parties will be served by regular U.S. mail.

*s/Anne-Marie Svolto*
ANNE-MARIE SVOLTO
Assistant United States Attorney